1756-13

# ELECTRONIC RECORD

COA # 14-12-00875-CR                    OFFENSE: Harassment

STYLE: Kevin Dewayne Walton v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Modified          TRIAL COURT: 178th District Court

DATE: 12/05/2013          Publish:No                    TC CASE #: 1318419

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kevin Dewayne Walton v The State of Texas   CCA # __1756-13__

_____State's_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_granted & remanded_          JUDGE: _____
DATE: _April 16, 2014_          SIGNED: _____          PC: _____
JUDGE: _PC_____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**